

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00058-CR

| | | |
|---|---|---|
| Lawrence Edward Thompson | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (0064877) |
| v. | § | October 29, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying DNA testing is reversed and this case is remanded to the trial court to reconsider appellant's motion for DNA testing seeking relief related to his conviction in trial court cause number 74-03-00402A.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM